IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Sabein Burgess,** | * | |
| **Plaintiff,** | * | |
| vs. | * | Case No. 15-cv-00834-WDQ |
| **Baltimore Police Department, et al**. | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT MAYOR AND CITY COUNCIL OF BALTIMORE
TO RESPOND TO COMPLAINT**

The Mayor and City Council of Baltimore ("City"), a Defendant herein, files this Consent Motion for Extension of Time to Respond to the Complaint filed by Plaintiff Sabein Burgess ("Plaintiff"). The Court's electronic record reflects a due date of April 20, 2015 for the City's Answer. However, the City's counsel agreed to waive service of the Complaint under Federal Rule of Civil Procedure 4(d), which provides the City with 60 days to respond to the Complaint. Counsel for the City has consulted with counsel for Plaintiff, who has agreed that the time period for the City's response will be 60 days from April 8, 2015 or June 8, 2015. Counsel for the Baltimore Police Department ("BPD"), and counsel assigned by the BPD to represent the individual officers, have been consulted and agree with this request.

WHEREFORE, Defendant City respectfully requests that the Court issue an Order reflecting that the City shall file its responsive pleading in this case on or before June 8, 2015.

Respectfully submitted,

_____/s/_____
MICHAEL REDMOND
Federal Bar No. 28908
Assistant Solicitor
BALTIMORE CITY LAW DEPARTMENT
100 North Holliday Street, Room 169
Baltimore, Maryland  21202
Telephone: 410-396-7536
Fax: 410-547-1025
Michael.Redmond@baltimorecity.gov
*Attorney for Defendant Mayor and City Council of Baltimore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2015, I served the persons listed below via the Electronic Court Filing System of the United Stated District Court for the District of Maryland:

Steve Art, Esquire
Gayle Horn, Esquire
Jon Loevy, Esquire
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607
*Counsel for Plaintiff*

Sharon A. Snyder
Chief Solicitor
Baltimore City Law Department,
Legal Affairs Division
City Hall, Room 01
100 North Holliday Street, Room 169
Baltimore, Maryland  21202
*Attorney for Defendant Baltimore Police Department*

_____/s/_____
MICHAEL REDMOND