## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SABEIN BURGESS** | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No.  15-CV-834-WDQ |
| | * | |
| BALTIMORE POLICE DEPARTMENT, et al., | | |
| **Defendant.** | * | |

### MOTION FOR ADMISSION PRO HAC VICE

I, Gayle Horn _____, am a member in good standing of the bar of this

Court.  I am moving the admission of Arthur Loevy _____

to appear pro hac vice in this case as counsel for Plaintiff Sabein Burgess _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Illinois, 1964 | Northern District of Illinois, 1998 |
| | Southern District of Illinois, 2008 |
| | Central District of Illinois, 2003 |
| | Eastern District of Wisconsin, 2010 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 _____ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_Gayle Horn_
Signature

**Gayle Horn, 6286427**
Printed name and bar number

**Loevy & Loevy**
Office name

312 N May Street, Suite 100, Chicago, IL 60607
Address

**gayle@loevy.com**
Email Address

**312-243-5900**
Telephone number

**312-243-5902**
Fax Number

PROPOSED ADMITTEE

Signature

**Arthur Loevy, 1682479**
Printed name and bar number

**Loevy & Loevy**
Office name

312 N May Street, Suite 100, Chicago, IL 60607
Address

**arthur@loevy.com**
Email Address

**312-243-5900**
Telephone number

**312-243-5902**
Fax Number