IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABEIN BURGESS,     *

    Plaintiff,     *

    v.     *     Civil Action No. RDB-15-0834

BALTIMORE POLICE DEPARTMENT,
*et al.*,     *

    Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

This Court having reviewed the submissions of Plaintiff Sabein Burgess and the Defendants, and having heard argument of Counsel during today's telephone conference on the record, IT IS HEREBY ORDERED this 23rd day of January, 2017, for the reasons stated on the record, that Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 118) is GRANTED. Accordingly, Plaintiff's Exhibit A (ECF No. 118-1) shall be entered as the First Amended Complaint in this action.

The Clerk of this Court shall transmit copies of this Order to Counsel.

                           _____
                           Richard D. Bennett
                           United States District Judge