**INDEX OF EXHIBITS**

Exhibit 1: BPD Response to Plaintiff's First and Second Set of Interrogatories

Exhibit 2: BPD Response to Plaintiff's Third Set of Interrogatories

Exhibit 3: Rule 30(b)(6) Notice

Exhibit 4: Subpoena for Deposition of Johnson

Exhibit 5: Plaintiff's Letter to BPD dated 1/17/17

Exhibit 6: BPD Letter to Plaintiff dated 2/6/17

Exhibit 7: Plaintiff's Letter to BPD Dated 2/13/17

Exhibit 8: BPD Letter to Plaintiff Dated 2/14/17

Exhibit 9: Plaintiff's Letter to BPD dated 2/16/17

Exhibit 10: Email from Horn to Glynn dated 11/29/16

Exhibit 11: Email from Glynn to Kleinhaus dated 11/21/16

Exhibit 12: Deposition Excerpt of Officer Victor Meinhardt

Exhibit 13: Deposition Excerpt of Officer Dale Weese

Exhibit 14: Handy Interview dated 9/6/96