### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-00834-WDQ |
| | ) | |
| v. | ) | Judge Bennett |
| | ) | |
| Baltimore Police Department, *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF RULE 30(B)(6) DEPOSITION TO DEFENDANT
### <u>BALTIMORE CITY POLICE DEPARTMENT</u>

To: Counsel of Record

PLEASE TAKE NOTICE THAT the depositions of the following individuals will be taken before a Notary Public in and for the State of Maryland on the dates and times and locations noticed. These depositions will be recorded by stenography and videography.

The instructions and definitions set forth in Plaintiff's prior discovery request to Defendants are hereby incorporated into this Notice as though fully set forth herein. In addition, Plaintiff defines the following term:

"Homicide File" is defined as the documents that are or have been part of the Baltimore Police Department file for the investigation into the murder of Michelle Dyson

This Notice concerns topics related to non-*Monell* claims in the case, and Plaintiff expressly reserves his right to serve additional notices of Rule 30(b)(6) depositions on the Baltimore Police Department in connection with *Monell* discovery in this case.

As to counsel of record for the Baltimore Police Department, this is a demand upon you to designate and produce the person(s) who can provide binding testimony on behalf of the Baltimore Police Department pursuant to FRCP 30(b)(6) on the following subjects:

1.      The Baltimore Police Department's efforts to locate and produce files responsive to Plaintiff's document requests in this case. This request includes but is not limited to the person(s) with knowledge about those search efforts.

2.      The Baltimore Police Department's efforts to locate and provide information responsive to Plaintiff's interrogatories in this case. This request includes but is not limited to the person(s) with knowledge about those search efforts.

EXHIBIT 3

3.      The identity of every individual employed by the Baltimore Police Department who responded to the scene of the Dyson homicide investigation or who participated in the Dyson homicide investigation.

4.      The identity of all witnesses related to the Dyson homicide investigation.

5.      Investigations undertaken by the Baltimore Police Department into murders committed by Howard Rice.

6.      The participation of any federal law enforcement agency or official in the Dyson homicide investigation or any investigation relating to Howard Rice.

7.       The complete chain of custody for all physical evidence relating to the Dyson homicide investigation and the testing of such physical evidence.

8.      BPD 2602-03 ("CAD printout"), including but not limited to: (a) how the CAD printout was created; (b) where the CAD printout was located after it was created, including when it was placed in the Homicide File; (c) whether a detective or patrol officer could request a CAD printout in 1994, or whether one was provided to them and if so, by whom; and (d) how to interpret the codes, language, abbreviations and other words, symbols and phrases on the CAD printout.

9.      The location and movement of the Homicide File from 1994 to today, including but not limited to: (a) where the file was stored from 1994 to today; (b) who had access to the File at any point from 1994 to today; and (c) the contents of the Homicide File at all points in time from 1994 to today.

10.     The identity and description of any documents missing from the Homicide File as it exists today and an explanation for (a) when each such Document was lost or missing; (b) any efforts to locate any missing or lost Documents; and (c) whether any Document that is lost or missing was destroyed at any point prior to or during the current litigation.

RESPECTFULLY SUBMITTED,

Jon Loevy
Gayle Horn
Steven Art
Theresa Kleinhaus
Sarah Grusin
Tony Balkisoon
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Gayle Horn, an attorney, hereby certify that on January 19, 2017, I caused to be served the foregoing Notice of Rule 30(b)(6) Depositions on all counsel of record via electronic mail.

Respectfully Submitted,

/s/ Gayle Horn
*One of Plaintiff's Attorneys*