# FIELDS PETERSON, LLC
## ATTORNEYS AND COUNSELORS AT LAW

JAMES H. FIELDS

March 10, 2017

The Hon. Richard D. Bennett
United States District Court for the
 District of Maryland
Garmetz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

    Re:    Sabein Burgess v. Baltimore Police Department, et al.
             Civil Action No. RDB-15-cv-00834

Dear Judge Bennett:

    I write on behalf of my clients, Individual Defendants, Kelly Miles, John Boyd, John Skinner and Dean Palmere ("Defendants"), pursuant to your Honor's recent directive accompanying the Scheduling Order and Discovery Guideline 1.f of the Local Rules of the Court.  Defendants adopt and incorporate as if fully set forth herein the request for clarification of this Court's November 17, 2016 Order as delineated in, and for the reasons stated in, the correspondence of even date submitted to this Court by Baker Donelson, Bearman, Caldwell & Berkowitz, PC on behalf of its clients, the original Individual Defendants.

                                 Respectfully submitted,

                                 James H. Fields

cc:  Counsel of record via ECF

111 SOUTH CALVERT STREET
SUITE 1400
BALTIMORE, MARYLAND 21202

OFFICE: 410-783-6347
FAX: 410-783-6410
WWW.FIELDSPETERSONLLC.COM