IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABEIN BURGESS,

    Plaintiff,

v.                                     Civil Action No. RDB-15-0834

BALTIMORE POLICE DEPARTMENT,
et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court having reviewed the submissions of Plaintiff Sabein Burgess and the Defendants, and having heard argument of Counsel during today's telephone conference on the record, IT IS HEREBY ORDERED this 12th day of May, 2017, for the reasons stated on the record, that Plaintiff's Motion Regarding the Baltimore Police Department's Files on Howard Rice Homicides (ECF No. 163) is DENIED IN PART and GRANTED IN PART.

Specifically, the Motion is DENIED as to reconsideration of this Court's Order of March 15, 2017 (ECF No. 158). The Motion is GRANTED with respect to Plaintiff's request that the Baltimore Police Department produce all Howard Rice homicide files for review by counsel for the Plaintiff. However, this review shall be conducted in-person at a location supplied by the Baltimore Police Department within the Baltimore Police Department's Headquarters. To the extent Plaintiff's counsel request copies of documents contained within those files that the parties agree are relevant and discoverable, pursuant to

this Court's March 15, 2017 Order (ECF No. 158), the Baltimore Police Department shall provide copies to Plaintiff's counsel at its own expense.

IT IS FURTHER HEREBY ORDERED that if a dispute arises as to the discoverability of certain documents contained within the Howard Rice homicide files during the in-person review of those files by Plaintiff's counsel, this Court will make itself available to resolve that dispute at the parties' request.

The Clerk of this Court shall transmit copies of this Order to Counsel.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge