IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. RDB-15-cv-00834 |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT INDEX
TO MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS
WAYNE NIEMEYER'S REBUTTAL REPORT AND RELATED TESTIMONY**

| **Ex.** | **Description** |
|---|---|
| 1 | Excerpts of Wayne Niemeyer's deposition transcript |
| 2 | Plaintiff's Rule 25(a)(2) Disclosure |
| 3 | 6/30/17 Original Report |
| 4 | Plaintiff's Second supplement Rule 26(a)(2) Disclosure |
| 5 | 8/17/17 rebuttal Report |
| 6 | Wolten Article |
| 7 | Burgess003304-3338 |
| 8 | 7/28/17 Michael Knox Expert Report |