# Exhibit

# 7

Trace Analysis Unit
Gunshot Primer Residue Report

POLICE DEPARTMENT
BALTIMORE, MARYLAND

| To: DET. GERALD GOLDSTEIN | CC #: 5J - 4284-94 |
|---|---|
| District/Division: C.I.D. HOMICIDE | Property #: 94038983 |
| Victim's Name: MICHELLE DYSON | Offense: HOMICIDE |

**Specimens:**

Gunshot Residue Analysis Collection Kit containing samples from the hands of the subject,

_____ SABEIN BURGESS _____, obtained at (time) _____ 11:05 _____ P.M.

(date) OCTOBER 9, 1994 .

**Examination:**

The samples from the backs of the thumbs and forefingers of the subject were examined for the presence of

gunshot primer residues using the scanning electron microscope-x-ray analyzer (SEM-EDXA).

**Results:**

1. Gunshot primer residues (were) / were not found in the sample from the right hand.

2. Gunshot primer residues (were) / were not found in the sample from the left hand.

**Conclusion:**

[X] Gunshot primer residues were found on the hand(s) of the subject. There is a possibility that these residues were
transferred from the surface of a firearm or from an object which lay immediately adjacent to a firearm during its
discharge. Most probably, however, the subject's hands were immediately adjacent to a discharging firearm or
were themselves used to fire the firearm within a few hours of (time) _____ 11:05 _____ P.M.

(date) OCTOBER 9, 1994 .

[ ] Gunshot primer residues were not found on the hands of the subject. No conclusions can be drawn from this
examination. It is possible that:

(a) he/she was not recently in an environment of the gunshot residues detected by this test, or,

(b) he/she was recently in an environment of gunshot primer residues, but did not get any on his/her hands, or,

(c) he/she got gunshot primer residues on his/her hands, but they were removed before his/her hands were
sampled.

Examiner: Daniel VanGelder          Date: November 2, 1994

Burgess 003304

LABORATORY DIVISION
REQUEST FOR EXAMINATION
Form 89 / 236

**POLICE DEPARTMENT**
BALTIMORE, MARYLAND

(PLEASE PRINT)

| | |
|---|---|
| Complaint No. (94) 5J-04284 | |
| Date of Request 6 October 1994 | |
| Crime Homicide/Shooting | |

| | |
|---|---|
| Place of Occurrence 2703 Barclay Street | Date of Occurrence 5 Oct 94 |
| Victim's Name Michelle Y. Dyson | Sex F  Race B  D.O.B. 25 |
| Victim's Address  2703 Barclay St. | |
| Defendant's Name | Sex    Race    D.O.B. |
| Defendant's Address | |
| Vehicle (If Involved) Year    Make    Tag No.    Vin. No. | |
| Requesting Officer Detective Gerald Alan Goldstein | Seq. No. C-540  Dist./Div. Homicide |
| Evidence Recovered by Tech. Victor Meinhardt | Dist./Div. Mobile Unit |

MANDATORY INFORMATION FOR FIREARMS SUBMISSIONS

| | | | |
|---|---|---|---|
| Arrestee's Soundex Number | Height | Weight | D.O.B. |
| NCIC Stolen Information | | | |

DESCRIBE EVIDENCE ITEMS AND TYPES OF EXAMINATIONS — LIST PROPERTY NUMBERS AND SPECIFY EXACT SOURCES OF INDIVIDUAL EVIDENCE ITEMS BELOW. FOR LATENT PRINT EXAMINATION LIST SUSPECTS AND B.P.I. NUMBER'S BELOW.

Property Number: 94038983

    GSR Sample

Property Number: 94038984

    Jacket, Sweatshirt & Cap — No Holds 

Please examine itmes under both property numbers for traces of gunshot residue.

      Thanx

*Jn 10/7/94*    FOR LABORATORY USE ONLY

| Received by | Date/Time | Received by | Date/Time |
|---|---|---|---|
| Received by | Date/Time | Received by | Date/Time |

Burgess 003305

## GUNSHOT PRIMER RESIDUE CASE INFORMATION

**BALTIMORE POLICE DEPARTMENT, LABORATORY DIVISION**
**BALTIMORE, MD 21202**

CENTRAL COMPLAINT NO.: _S4784_     TYPE OF CASE: _Homicide_

VICTIM: _Michelle Dyson_     OFFICER IN CASE: _Goldstein_

DATE OF SHOOTING: _10/5/94_     TIME OF SHOOTING: _2229_

SHOOTING ENVIRONMENT:    ☒ INDOORS    ☐ OUTDOORS    ☐ VEHICLE    ☐ OTHER

FIREARM TYPE:    ☐ REVOLVER ☒ PISTOL    ☐ RIFLE    ☐ SHOTGUN    ☐ OTHER

FIREARM CALIBER: _Unk_     FIREARM MFR.: _Unk_

AMMO CALIBER: _Unk_ AMMO MFR.: _Unk_   BULLET TYPE: _Unk_

NUMBER OF SHOTS FIRED: _Unk_

SAMPLING DATE: _10/5/94_     SAMPLING TIME: _2305_   COPY

NAME OF PERSON SAMPLED: _Sabein C. Burgess_

USUAL OCCUPATION: _Unemployed/ laid off_

ESTIMATED HAND SIZE: ☐ SMALL    ☐ MEDIUM    ☒ LARGE

☒ RIGHT HANDED    ☐ LEFT HANDED

ACTIVITY BEFORE SHOOTING: _Went to gas station_

ACTIVITY BETWEEN SHOOTING AND SAMPLING: _In custody_

TECHNICIAN COLLECTING DABBING SAMPLES: _____

LOCATION OF SAMPLING: _2703 Barclay St_

DETECTIVE OR
OFFICER PRESENT: _Goldstein_

COMPLETE A SEPARATE INFORMATION FORM FOR EACH PERSON SAMPLED.

Burgess 003306

## GSR STUB SEARCH RUN SHEET

RUN NO. 288

RUN DATE: 10/31/94 (M) TO 11/1/94 (Tu) BY CRIMINALIST AUB

NAME OF SUBJECT: SABEIN BURGESS          PROPERTY NO. 9403-8983

C.C. NO. 5J-04284-94   OFFENSE: HOMICIDE

DATE OF SHOOTING: 10/9/94 ELAPSED TIME: SHOOTING TO SAMPLING 38 MIN

STUB CONDITION: NORMAL? (Y) N . several specks (bug), several fibers

STUB I.D.   RIGHT      O       LEFT       ●      CARBON COATING:
MARKS:      HAND:      ●       HAND:
                       O                         DATE: 10/31/94

CAROUSEL                                  LOT NO.: _____
SLOT POSITION: (R) 3          L: _____

AUTO SEARCH PROGRAM:    MAGNIFICATION: 230    X
PRCMS, OR _____  ˉ SETUP PARAMETER FILE: 44  , DISC: 5
ACCELERATION POTENTIAL: 25 KV, OR __ KV  WORKING DISTANCE: 34 MM
DETECTOR POSITION: 41 MM   CONDENSER LENS (SPOT SIZE): 5.0
FINAL APERTURE: 100 μM  MAX PB DEAD TIME: 40 %  VS/P: 128
EMISSION CURRENT: 50 μA  AQUISITION TIME: 6 SEC
BSD BRIGHTNESS THRESHOLDS: LOWER: 200 , UPPER: 255 , BKG.: 150
PARTICLE SIZES DETECTED: MIN: 0.72 μM MAX: 12 μM GUARD REGION: 6 μM

STUB AREA RANDOMLY SEARCHED: 24 X 22 = 528 FRAMES; 64.6 %

RESULTS, (R) L  HAND:

SEARCH TIME: 5 HRS 7 MIN; BEGUN: 4:31AM, 11/1 ; ENDED: 9:28AM, 11/1 .

CONFIRMATION PROGRAM: DATE: 11/1/94 ___ BY: AUB
PARTICLES FOUND:

| | AUTO SEARCH PROGRAM | CONFIRMATION PROGRAM | NOTES |
|---|---|---|---|
| PB+BA+SB | 15 | 6++ | |
| PB+SB | 81 | 7++ | |
| PB+BA | 11 | 0+ | |
| BA+SB | 11 | 0+ | |
| PB | 60 | 79 | |
| OTHER | 231 | | |

CONCLUSION: AUTO SEARCH: (FULL) PARTIAL ; SENSITIVITY: L (M) H

GUNSHOT RESIDUE FOUND-- √ ; GUNSHOT RESIDUE NOT FOUND-- _____.

COMMENTS:

TOTAL NO. OF PARTICLES FOR ANAL = 407

PART NO.        404
DEFAULT NAME:PB RICH
TOTAL XRAY COUNTS        300
ELEMENT CONCENTRATIONS:
SI 0    SB 0    BE 0    BA 13    CU 9    PB 79
PARTICLE CENTER:  X = 1439    Y = 1057
AVG DIA =    1.01 UM
MAX DIA =    1.38 UM
MIN DIA =    0.73 UM
AREA =    0.93 UM
PERIMETER =    3.51 UM
SHAPE FACTOR =    1.246

FRAME NO.    527
TOTAL NO. OF PARTICLES FOR FRAME =    5
TOTAL NO. OF PARTICLES FOR ANAL =    407

FRAME NO.    528
TOTAL NO. OF PARTICLES FOR FRAME =    2
TOTAL NO. OF PARTICLES FOR ANAL =    407

SUMMARY OF RESULTS

LABEL: SPACING BURGESS FILE 20 DV28B
NUMBER OF FRAMES        528
NUMBER OF PARTICLES        407
MAGNIFICATION        230
FIELD WIDTH        320.14 UM
OFF PARTICLE SPACING        0.92 UM
ON PARTICLE SPACING        0.49 UM
FIELD AREA        1.43E+05

| TYPE | NAME | AVE DIA MICRONS | | MIC/MAX/MIN | | AREA | PERIMETER |
|---|---|---|---|---|---|---|---|

PARTICLE COUNT SUMMARY
| TYPE | NAME | NUMBER | WT % | AREA % |
|---|---|---|---|---|
| 0 | ALL TYPES | 407 | 100.00 | 0.00 |

LABEL END  31-OCT-94    34.30 EST    8:30AM





Burgess 003309



COPY

*Confirmation Program*
*Sabein Burgess R.H.*
*11/1/94  DVG*

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 29.1951, Y TO 53.8537

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 28.8076, Y TO 53.8537

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 33.8707, Y TO 52.6641

PRCMS:
*
IDENT-6F/80



QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID: GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG

POSSIBLE IDENTIFICATION
  PB LA LB LG MA MZ1
  TI KA OR  BA LA LB LG LB2
  SC KB OR  SB LA LB
  AL KA OR  KR KA
  CU KA

       PEAK LISTING
      ENERGY   AREA  EL. AND LINE
  1   1.486    1938  AL KA
  2   1.812    2154  PB MZ1
  3   2.376   30389  PB MA
  4   3.614    8674  SB LA
  5   3.884    1851  SB LB
  6   4.467   10638  BA LA
  7   4.848    4790  BA LB
  8   5.171    1303  BA LB2
  9   5.523     549  BA LG
 10   8.041     904  CU KA
 11  10.532    5907  PB LA
 12  12.597    3046  PB LB
 13  14.755     442  PB LG



    BPD TRACE ANAL. LAB                    TUE 01-NOV-94  11:06
    Cursor: 0.000keV = 0          ROI   (0) 0.000: 0.000

Burgess 003311





Burgess 003312



POS( 10,   1)   X=   31.8000  Y=   44.8712

PART. NO.   9
TYPE:  5   NAME: BA AND SB
TOTAL XRAY COUNTS:   716
ELEMENT CONCENTRATIONS:
SA: 13   SB: 5   BB: 44   BA: 29   CU: 1   PB: 5
SN: 0   FE: 0
PARTICLE CENTER:  X= 2184  Y= 1408
MAX DIA:   1.75 uM
MIN DIA:   2190 uM
           1.38 uM
           2.46 uM^2
PERIMETER:   7.38 uM
SHAPE FACTOR:  1.629

FRAME NO.   10
TOTAL NO OF PARTICLES FOR FRAME=   2
TOTAL NO OF PARTICLES FOR ANAL.=   10

COPY

PRCMS-1A/80 .MAIN        80        GSR SEARCH PARTICLE-SABEIN BURGESS R.H.  DVG

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: Z TO -73.5000

PRCMS: POSITION
SPECIFY MOVEMENT: Z TO -64.3675

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 29.9702, Y TO 44.8712

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 30.7453, Y TO 44.8712

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 31.1329, Y TO 44.8712

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 31.9080, Y TO 44.8712

PRCMS:
*
IDENT-6F/80

 QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS R.H.  DVG

POSSIBLE IDENTIFICATION
  TI KA OR  BA LA LB LG LB2 LG2
  S  KA OR  PB LA LB MA
  SC KB OR  SB LA LB
  AS KA OR  PB LA LB MA? MZ1 MG
  AL KA OR  KR KA

        PEAK LISTING
     ENERGY   AREA  EL. AND LINE
  1  1.493    922  AL KA
  2  1.800    654  PB MZ1
  3  2.342   8115  S  KA OR PB MA?
  4  2.670    479  PB MG
  5  3.609   4525  SB LA
  6  3.894   1750  SB LB
  7  4.468  26311  BA LA
  8  4.842  13128  BA LB
  9  5.172   3341  BA LB2
 10  5.529   1686  BA LG
 11  5.817    444  BA LG2
 12 10.537    953  PB LA
 13 12.592    525  PB LB

        EPD TRACE ANAL  LAB                    TUE 21-NOV-94  11:27
        Cursor: 0 000keV = 0        POI    (0) 0 000: 0 000



Burgess 003314



COPY

POSN: 22      X: 36.5586    Y: 44.8712

PART. NO:      12
TYPE: 2   NAME: GSR UNIQUE: PB:BA+SB
TOTAL XRAY COUNTS:    775
ELEMENT CONCENTRATIONS:
BA: 34   SB: 7     BB: 23   BA: 24   CU: 0   PB: 13
SN: 0     FE: 1
PARTICLE CENTER:   X: 3383   Y: 255
AVE DIA:    2.03 UM
MAX DIA:    2.21 UM
MIN DIA:    1.93 UM
AREA:       3.336 UM^2
PERIMETER:  6.64 UM
SHAPE FACTOR:  1.046

FRAME NO:  22
TOTAL NO OF PARTICLES FOR FRAME:
TOTAL NO OF PARTICLES FOR ANAL:  17

Pb, Ba, Sb
1/1/94 DVG

POSN: 28      X: 36.7895    Y: 45.2585

PART. NO:
TYPE: 2   NAME: GSR UNIQUE: PB:BA+SB
TOTAL XRAY COUNTS:
ELEMENT CONCENTRATIONS:
BA: 4    SB: 6     BB: 53   PB: 2    CU:      PB: 5
SN: 0     FE: 0
PARTICLE CENTER:   X: 1876   Y: 878
AVE DIA:    1.66 UM
MAX DIA:    2.03 UM
MIN DIA:    1.29 UM
AREA:       2.12 UM^2
PERIMETER:  6.09 UM
SHAPE FACTOR:  1.259

FRAME NO:  29
TOTAL NO OF PARTICLES FOR FRAME:    2
TOTAL NO OF PARTICLES FOR ANAL:

Pb, Ba, Sb
1/1/94 DVG
Photo # 3

Burgess 003315

```
0.000                                    VFS = 2048   20.480
```

```
     90        GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG
```

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 36.5586, Y TO 44.8712

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG

POSSIBLE IDENTIFICATION
   S  KA OR  PB LA LB MA
   TI KA OR  BA LA LB LG LB2
   SC KB OR  SB LA LB LL
   AS KA OR  PB LA LB MA? MZ1
   AL KA OR  KR KA
   CU KA

            PEAK LISTING
        ENERGY    AREA  EL. AND LINE
   1    1.489    1611  AL KA
   2    1.798    1463  PB MZ1
   3    2.347   30577  S  KA OR PB MA?
   4    3.177     740  SB LL
   5    3.605   17165  SB LA
   6    3.875    5403  SB LB
   7    4.465   17813  BA LA
   8    4.840    8703  BA LB
   9    5.172    2357  BA LB2
  10    5.532    1351  BA LG
  11    8.021     707  CU KA
  12   10.532    3149  PB LA
  13   12.603    1458  PB LB

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 35.7835, Y TO 45.2609

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG

POSSIBLE IDENTIFICATION
   PB LA LB MA MZ1
   TI KA OR  BA LA LB LG LB2
   SC KB OR  SB LA LB
   AL KA OR  KR KA
   CU KA

            PEAK LISTING
        ENERGY    AREA  EL. AND LINE
   1    1.480    1349  AL KA
   2    1.820    2001  PB MZ1
   3    2.372   32687  PB MA
   4    3.604    7559  SB LA
   5    3.877    2772  SB LB
   6    4.465   11538  BA LA
   7    4.840    5452  BA LB
   8    5.174    1572  BA LB2
   9    5.519     659  BA LG
  10    8.048     483  CU KA
```

COPY



```
BPD TRACE ANAL. LAB .                    TUE 01-NOV-94
Cursor: 0.000KeV = 0        ROI    (0) 0.000: 0.200
```

```
0.000                                   VFS = 4096   20.480
   90      GSR SEARCH PARTICLE-SABEIN BURGESS R.H.    DVG
```

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 35.0084, Y TO 45.6505

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 28.8076, Y TO 46.0402

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 30.3578. U\UY TO 46.4298

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 30.3578. \ \., Y TO 49.9366

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 30.3578, Y TO 49.9366

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG

POSSIBLE IDENTIFICATION
  PB LA LB MA M21
  TI KA OR  BA LA LB LG LB2
  SC KB OR  SB LA LB
  AL KA OR  KR KA
  FE KA
  CU KA

        PEAK LISTING
   ENERGY    AREA   EL  AND LINE

Burgess 003



POS: X = 14   Y = 30.3878

PART. NO. = 184
TYPE = 2   NAME = GSR UNIQUE (PB+BA+SB)
TOTAL XRAY COUNTS = 319
ELEMENT CONCENTRATIONS:
SB = 28   SN = 1   BB = 17   BA = 9   CU = 0   PB = 25
SN = 0   FE = 0
PARTICLE CENTER: X = 1308   Y = 0
AVE. DIA. = 1.18 UM
MAX DIA. = 1.59 UM
MIN DIA. = 0.73 UM
AREA = 1.65 UM 2
PERIMETER = 4.43 UM
SHAPE FACTOR = 1.484

FRAME NO. = 334
TOTAL NO. OF PARTICLES FOR FRAME = 1
TOTAL NO. OF PARTICLES FOR ANAL = 184

★ Pb, Ba, Sb
11/1/94 RDG

POS: X = 15   Y = X = 30.3454   Y = 30.3262

PART. NO. = 192
TYPE = 2   NAME = GSR UNIQUE (PB+BA+SB)
TOTAL XRAY COUNTS = 459
ELEMENT CONCENTRATIONS:
SB = 28   SN = 24   BB = 156   BA = 12   CU = 0   PB = 16
SN = 0   FE = 4
PARTICLE CENTER: X = 281   Y = 0
AVE. DIA. = 1.47 UM
MAX DIA. = 1.31 UM
MIN DIA. = 1.03 UM
AREA = 2.23 UM 2
PERIMETER = 5.84 UM
SHAPE FACTOR = 1.276

FRAME NO. = 35
TOTAL NO. OF PARTICLES FOR FRAME = 1
TOTAL NO. OF PARTICLES FOR ANAL = 192

★ Pb, Ba, Sb
11/1/94 RDG

COPY

Burgess 003318

```
 3    2.375   24469  PB MA
 4    3.611    7235  SB LA
 5    3.882    2290  SB LB
 6    4.467   10839  BA LA
 7    4.841    5330  BA LB
 8    5.174    1406  BA LB2
 9    5.539     835  BA LG
10    6.412     557  FE KA
11    8.030     527  CU KA
12   10.533    5097  PB LA
13   12.604    2611  PB LB
```

BPD TRACE ANAL. LAB                    TUE 01-NOV-94  12:20

Cursor: 0.000KeV = 0        ROI    (0) 0.000: 0.000



```
0.000                              VFS = 2048   20.480
    90      GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG
```

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 31.5204, Y TO 50.3262

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 32.2955, Y TO 50.3262

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 33.8458, Y TO 50.3262

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS P.H.   DVG

POSSIBLE IDENTIFICATION
   PB LA LB MA MZI
   TI KA OR  BA LA LB LB LB2
   SC KB OR  SB LA LB
   AL KA OR  KR KA
   CU KA

       PEAK LISTING                          Burgess 003319
   ENERGY   AREA  EL. AND LINE

| 1 | 3.606 | 1693 | SB LA |
| 4 | 3.606 | 1693 | SB LA |
| 5 | 3.885 | 1770 | SB LB |
| 6 | 4.469 | 11333 | BA LA |
| 7 | 4.841 | 5470 | BA LB |
| 8 | 5.173 | 1433 | BA LB2 |
| 9 | 5.527 | 705 | BA LG |
| 10 | 8.047 | 588 | CU KA |
| 11 | 10.535 | 4796 | PB LA |
| 12 | 12.599 | 2509 | PB LB |

BPD TRACE ANAL. LAB                    TUE 01-NOV-94  12:41
Cursor: 0.000keV = 0        ROI    (0) 0.000: 0.000



0.000                                  VFS = 4096    20.480
    90      GSR SEARCH PARTICLE-SABEIN BURGESS R.H.   DVG

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 31.9080, Y TO 51.1055

Burgess 003320

COPY

## GSR STUB SEARCH RUN SHEET

RUN NO. 289

RUN DATE: 11/1/94 (Tu) TO 11/2/94 (W) BY CRIMINALIST DVG

NAME OF SUBJECT: SABEIN BURGESS          PROPERTY NO. 94038983

C.C.NO.: 5J-4284-94   OFFENSE: HOMICIDE

DATE OF SHOOTING: 10/5/94 ELAPSED TIME: SHOOTING TO SAMPLING 38 MIN

STUB CONDITION: NORMAL? (Y) N  many specks, fibers

STUB I.D.   RIGHT     ●      LEFT      ●   CARBON COATING:
MARKS:      HAND:              HAND:    ∧
                                            DATE: 10/31/94
CAROUSEL                                    LOT NO.: 125-4-17
SLOT POSITION:   R: _____      (L) 4

AUTO SEARCH PROGRAM:     MAGNIFICATION: 230  X
PRCMS, OR _____ ⌐ SETUP PARAMETER FILE: 44 , DISC: 5
ACCELERATION POTENTIAL: 25 KV, OR __ KV  WORKING DISTANCE: 34 MM
DETECTOR POSITION: 41 MM  CONDENSER LENS (SPOT SIZE): 5.0
FINAL APERTURE: 100 μM  MAX PB DEAD TIME: 41 %  VS/P: 120
EMISSION CURRENT: 55 μA  AQUISITION TIME: 6 SEC
BSD BRIGHTNESS THRESHOLDS: LOWER: 200 , UPPER: 255 , BKG.: 150
PARTICLE SIZES DETECTED: MIN: 0.92 μM MAX: 12 μM GUARD REGION: 6 μM

STUB AREA RANDOMLY SEARCHED: 24 X 23 = 552 FRAMES; 67.5 %

RESULTS,  R (L) HAND:

SEARCH TIME: 4 HRS 43 MIN; BEGUN: 4:07PM, 11/1 ; ENDED: 8:50PM, 11/1 .

CONFIRMATION PROGRAM:  DATE: 11/2/94     BY: DVG
PARTICLES FOUND:

|        | AUTO SEARCH PROGRAM | CONFIRMATION PROGRAM | NOTES |
|--------|--------------------|--------------------|-------|
| PB+BA+SB | 3 | 3 | |
| PB+SB | 8 | 5+ | |
| PB+BA | 4 | 0 | |
| BA+SB | 1 | 0 | |
| PB | 28 | 15 | |
| OTHER | 141 | | |

CONCLUSION:  AUTO SEARCH: (FULL) PARTIAL ; SENSITIVITY: (L) M  H

GUNSHOT RESIDUE FOUND-- ✓ ; GUNSHOT RESIDUE NOT FOUND-- _____ .

COMMENTS: Beam drifted some during run.

SUMMARY OF RESULTS

PARTICLE COUNT SUMMARY

Burgess 003322

0.000                                    VFS = 4096      20.480

90      GSR SEARCH PARTICLE-SABEIN BURGESS L.H.   DVG

PRCMS-1A/80 .MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 33.9213, Y TO 60.1952

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 41.9812, T \ \TY TO 60.5743

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 41.5974, Y TO 60.5743

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 37.3755, Y TO 62.0907

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS L.H.  DVG

POSSIBLE IDENTIFICATION
  PB LA LB MA LL M2N4 MZ1
  SC KA KB OR  SB LA LB LB2
  TI KA OR  BA LA LB LG LB2
  AL KA OR  KR KA
  CU KA

            PEAK LISTING
        ENERGY    AREA  EL. AND LINE
  1    1.480    .1215 AL KA
  2    1.817    2925  PB MZ1
  3    2.373    54645 PB MA
  4    3.162    1023  PB M2N4
  5    3.601    26403 SB LA
  6    3.875    10133 SB LB
  7    4.125     945  SB LB2
  8    4.440    7456  BA LA
  9    4.840    3407  BA LB
  10   5.164     658  BA LB2
  11   5.520     570  BA LG
  12   8.032    1034  CU KA
  13   9.175     662  PB LL
  14   10.532   9850  PB LA
  15   12.598   4899  PB LB
  16   14.718    735  UNIDENTIFIED

        SPD TRACE ANAL. LAB              WED 02-NOV-94  14:09
        Cursor: 0.000keV = 0        ROI    (0) 0.000: 0.000

Burgess 00532



VFS = 8192    20.480

90      GSR SEARCH PARTICLE-SABEIN BURGESS L.H.   DVG

COPY

Burgess 003324

INDEX STARTING X-Y POSITION OF MATRIX

INDEX X MOVEMENT OF MATRIX

INDEX Y MOVEMENT OF MATRIX

NUMBER OF FIELDS IN X DIRECTION

NUMBER OF FIELDS IN Y DIRECTION

ANALYSIS LABEL (35 CHAR.) SABEIN BUSINESS I.D.

WOULD YOU LIKE TO STORE DATA TO DISK, YES OR NO?

NO. OF VIDEO SAMPLES

SELECT YPOS USING CURSOR - PRESS WHITE TO INDEX   X=   2040   Y=   2040

ADJUST LOWER THRESHOLD

ADJUST UPPER THRESHOLD

THRESHOLDS:  LOWER= 200  UPPER= 250

THRESHOLDS MAY BE CHECKED AT ANY TIME

BY PRESSING THE WHITE TRACKBALL BUTTON

STORE SPECTRAL DATA  YES OR NO? N

LABEL SABEIN BURGESS P  (V 3)  008288   3 OCT 94

POS X<2>       (1)  X    78.4200       44.8712
POS X<2>            X    78.8025       44.8712
POS X<3>            X    29.1938       44.8712

FRAME NO.
TOTAL NO. OF PARTICLES FOR FRAME
TOTAL NO. OF PARTICLES FOR ANAL          2

POS X<2>            X    29.582        44.8712
POS X<3>            X    29.3703       44.8712

PART. NO.  2
TYPE     2  NAME  LEAD CONTAINING
TOTAL XRAY COUNTS   437
ELEMENT CONCENTRATIONS
SN  30    SB  3      BB  0   BA  Z   CU  6   PB  57
SN  30    FE  0
PARTICLE CENTER  X  2231  Y   742
AVE DIA      1.47 UM
MAX DIA      2.58 UM
MIN DIA      0.73 UM
AREA        2.05 UM^2
PERIMETER    6.24 UM
SHAPE FACTOR  .660

FRAME NO.
TOTAL NO. OF PARTICLES FOR FRAME
TOTAL NO. OF PARTICLES FOR ANAL

POS X<2>            X    30.3578       14.7701
POS X<3>            X    30.2459       44.8712

PART. NO.
TYPE     NAME  PB AND SB
TOTAL XRAY COUNTS    909
ELEMENT CONCENTRATIONS
SN  41    SB  37  BB  0            BO
SN  40    FE  0
PARTICLE CENTER  X  3031  Y  1098
AVE DIA      1.58 UM
MAX DIA      2.08 UM
MIN DIA      1.74 UM
AREA        1.50 UM^2
PERIMETER    5.25 UM
SHAPE FACTOR  .880

FRAME NO.
TOTAL NO. OF PARTICLES FOR FRAME
TOTAL NO. OF PARTICLES FOR ANAL

POS X<2>            X    31.1829       44.8712

PART. NO.    5
TYPE     NAME  PB AND SB
TOTAL XRAY COUNTS   708
ELEMENT CONCENTRATIONS
SN  37    SB  12    BB  0    BA  0    CU        PB  49
SN  40    FE  0
PARTICLE CENTER  X  3147  Y  1514
AVE DIA      1.29 UM
MAX DIA      1.47 UM
MIN DIA      1.20 UM
AREA        1.50 UM^2
PERIMETER    4.32 UM
SHAPE FACTOR  1.032

LABEL:SABEIN BURGESS L.... (4)  DVG22V   1-NUV-94  ....

POS( 1,  1)  X=  33.5375  Y=  57.1625

FRAME NO.  1
TOTAL NO OF PARTICLES FOR FRAME=  6
TOTAL NO OF PARTICLES FOR ANAL.=  5

POS( 2,  1)  Y=  33.9213  Y=  57.1625  ←

PART. NO.  9
TYPE:  5   NAME: LEAD CONTAINING
TOTAL XRAY COUNTS:  290
ELEMENT CONCENTRATIONS:
SA:  0    SB:  0    ZB:  2    BA:  0    CU: 11    PB: 33
SN:  0    FE:  2
PARTICLE CENTER:  X=  932  Y= 3449
AVE DIA=  1.38 uM
MAX DIA=  1.47 uM
MIN DIA=  1.38 uM
AREA=  1.58 uM^2
PERIMETER=  4.80 uM
SHAPE FACTOR=  1.156

COPY
Pb

FRAME NO.  2
TOTAL NO OF PARTICLES FOR FRAME=  4
TOTAL NO OF PARTICLES FOR ANAL.=  10

POS( 3,  1)  X=  34.3051  Y=  57.1625  ←

PART. NO.  12
TYPE:  1   NAME: PB - RICH
TOTAL XRAY COUNTS:  316
ELEMENT CONCENTRATIONS:
SA:  0    SB:  2    BB:  3    SA:  0    CU:  7    PB: 89
SN:  0    FE:  0
PARTICLE CENTER:  X= 2193  Y= 1139
AVE DIA=  1.29 uM
MAX DIA=  1.66 uM
MIN DIA=  1.01 uM
AREA=  1.49 uM^2
PERIMETER=  4.80 uM
SHAPE FACTOR=  1.236

Pb
Ti

FRAME NO.  3
TOTAL NO OF PARTICLES FOR FRAME=  5
TOTAL NO OF PARTICLES FOR ANAL.=  15

POS( 4,  1)  X=  34.6889  Y=  57.1625

FRAME NO.  4
TOTAL NO OF PARTICLES FOR FRAME=  4
TOTAL NO OF PARTICLES FOR ANAL.=  19

POS( 5,  1)  X=  35.0727  Y=  57.1625

PART. NO.  20
TYPE:  9   NAME: PB AND SB
TOTAL XRAY COUNTS:  442
ELEMENT CONCENTRATIONS:
SA: 49    SB:  1    BA:  1    CU:  4    PB: 35
SN:  0    FE:  0
PARTICLE CENTER:  X= 3054  Y= 1239
AVE DIA=  1.54 uM
MAX DIA=  1.94 uM
MIN DIA=  1.28 uM
AREA=  2.66 uM^2
PERIMETER=  5.91 uM
SHAPE FACTOR=  1.346

Pb, Sb

FRAME NO.  5
TOTAL NO OF PARTICLES FOR FRAME=  3
TOTAL NO OF PARTICLES FOR ANAL.=  22

POS( 6,  1)  X=  35.4565  Y=  57.1625

FRAME NO.  6
TOTAL NO OF PARTICLES FOR FRAME=  3



ENTER STARTING X,Y POSITION OF MATRIX
INDEX X MOVEMENT OF MATRIX
INDEX Y MOVEMENT OF MATRIX

NUMBER OF FIELDS IN X DIRECTION
NUMBER OF FIELDS IN Y DIRECTION

ANALYSIS LABEL (35 CHAR.)  SABIN BURGESS L.H. #7    DVG2892
WOULD YOU LIKE TO STORE DATA TO DISK YES OR NO? N
NO. OF VOIDED SAMPLES = 692126

SELECT Y POS USING CURSOR - PRESS WHITE TO INDEX
ADJUST LOWER THRESHOLD
ADJUST UPPER THRESHOLD

THRESHOLDS : LOWER= 200, UPPER= 255
THRESHOLDS MAY BE CHECKED AT ANY TIME
BY PRESSING THE WHITE TRACKBALL BUTTON

STORE SPECTRAL DATA  YES OR NO? N

Burgess 003328

*Confirmation Program*

*SABEIN BURGESS L.H.*

*11/2/94 DVZ*



PRCMS:
PRCMS: POSITION
SPECIFY MOVEMENT: X TO 33.9213, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 34.3051, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 35.0727, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 36.2241, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 36.2241, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 38.5270, Y TO 57.1625

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 42.3650, Y TO 57.5416

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 40.4460, Y TO 57.5416

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 38.5270, Y TO 57.5416

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 36.2241, Y TO 57.5416

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 34.6889, Y TO 57.9207

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 37.3755, Y TO 57.9207

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 38.5270, Y TO 57.9207

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 37.3755, Y TO 58.2999

PRCMS: S

PARAMETER SETUP

LABEL: END
MAGNIFICATION=              230
GUARD REGION=         6.000 microns

Burgess 003329



Burgess 003330



HIGH SHAPE FACTOR=       10.000

XRAY PARAMETERS
ENERGY RANGE FROM:  0 TO 20 KeV
ACQUISITION TIME:   6 sec
ELEMENT VARIANCE:   2 % (ABSOLUTE)
NUMBER OF REGIONS:  9

REGION SETUP
NUMBER  NAME  REGION  SENSITIVITY
  0      SA      4        4
  1      SB      9        2
  2      BB      3        6
  3      BA     10        4
  4      CU      3       10
  5      PB      5        5
  6      SN      9       10
  7      FE      7       10

WOULD YOU LIKE TO DEFINE ELEMENT RICH TYPES (YES/NO)?N

CHARACTERIZE ELEMENT RICH TYPES BEFORE MULTI-ELEMENT TYPES
(YES/NO)?N

DEFINE DENSITIES FOR CHEMICAL TYPES (YES/NO)?N

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 36.2241, Y TO 58.2998

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 33.9213, Y TO 58.6789

PRCMS:
*
IDENT-6F/80

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS L.H.   DVG

POSSIBLE IDENTIFICATION
  S  KA OR  PB LA LB MA
  TI KA OR  BA LA LB LG LB2
  SC KB OR  SB LA LB
  AS KA OR  PB LA LB MA? MZ1 MG
  AL KA OR  KR KA
  CU KA

        PEAK LISTING
      ENERGY    AREA   EL. AND LINE
  1   1.484     956 AL KA
  2   1.782    1897 PB MZ1
  3   2.346   30342 S  KA OR PB MA?
  4   2.667    1068 PB MG
  5   3.606   15362 SB LA
  6   3.882    5057 SB LB
  7   4.467   29932 BA LA
  8   4.844   14929 BA LB
  9   5.169    4016 BA L52
 10   5.533    1866 BA LG
 11   8.043     950 CU KA
 12  10.532    3681 PB LA
 13  12.598    2005 PB LB

    SPD TRACE ANAL. LAB                WED 02-NOV-94  11:14
    Cursor: 0.000KeV = 0        ROI   (0) 0.000: 0.000

Burgess 003332



POS( 12,   8)    X= 37.7593  Y= 59.8141

PART. NO.:  159
FIELD 2   NAME: GSR UNIQUE: PARTICLE
TOTAL X-RAY COUNTS: 2,459
ELEMENT CONCENTRATIONS:
NA:   60    SB:  8    BB: 15    BA:  7    CU:  5    PB: 29
PEAKS:      FE:
PARTICLE CENTER:  X= 2992  Y= 2843
MAX DIA:               1.18 UM
MIN DIA:               1.38 UM
MAX DIA:               1.81 UM
PARLEN:                1.17 UM
PERIMETER:             4.15 UM
SHAPE FACTOR:          1.71

FRAME NO.: 181
TOTAL NO. OF PARTICLES FOR FRAME:
TOTAL NO. OF PARTICLES FOR ANAL.: 159



```
     90        GSR SEARCH PARTICLE-SABEIN BURGESS L.H.

PRCMS-1A/90 /MAIN

LEARN MODE IS OFF

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 35.2241, Y TO 58.6789

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 34.6889, Y TO 59.0579

PRCMS:

PRCMS: POSITION
SPECIFY MOVEMENT: X TO 37.7593, Y TO 59.8161

PRCMS:
*
IDENT-6F/90

  QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:GSR SEARCH PARTICLE-SABEIN BURGESS L.H.  DVG

POSSIBLE IDENTIFICATION
  PB LA LB MA MZ1
  SC KB OR  SB LA LB
  TI KA OR  BA LA LB LG LB2
  AL KA OR  KR KA
  CU KA

        PEAK LISTING
      ENERGY    AREA   EL. AND LINE
   1   1.478    1403   AL KA
   2   1.799    2721   PB MZ1
   3   2.377   44262   PB MA
   4   3.606   16300   SB LA
   5   3.879    5079   SB LB
   6   4.467   10593   BA LA
   7   4.840    4924   BA LB
   8   5.171    1292   BA LB2
   9   5.532     702   BA LG
  10   8.037     971   CU KA
  11  10.533    9725   PB LA
  12  12.598    5098   PB LB
  13  14.734     823   UNIDENTIFIED


      BPD TRACE ANAL. LAB              WED 02-NOV-94  13:49
      Cursor: 0.000KeV = 0       ROI     (2) 0.000: 0.200
```

Burgess 003334



# CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Pursuant to Maryland law, the undersigned Custodian/Qualified Individual hereby certifies that as to all of the records submitted in compliance with the Subpoena Request/MPIA Request/Request for Production of Documents for attached hereto are the following:

1.     That the records were created at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2.     That the records were made and kept in the course of regularly conducted business activity;

3.     That it is the regular practice of this business to keep the records as these were kept;

4.     That there are no circumstances that would otherwise indicate that the records lack trustworthiness; and

5.     That the records were properly kept and maintained in accordance with the regular procedures of this business.

## CERTIFICATION

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the matters and facts set forth are true to the best of my knowledge, information and belief.

_____
Signature of Affiant

Baltimore Police Laboratory
Name of Business or Agency

Ray A. Coleman
Name (printed)

34 Pages RAC
Number of Pages/Documents Produced

Contract Specialist
Capacity/Position/Job Title

CC# 94-5J4284
11/22/10

11/22/10

Burgess 003336

**CITY OF BALTIMORE**

STEPHANIE RAWLINGS-BLAKE, Mayor



**DEPARTMENT OF LAW**

GEORGE A. NILSON, City Solicitor
101 City Hall
Baltimore, Maryland 21202

November 22, 2010

Rita Maxwell
Georgetown University Law center
Wrongful Conviction Project
111 F Street NW
Washington, D C 20001-2095

　　　　Re:　　Maryland Public Information Act Request
　　　　　　　Sabien Burgess

Dear Ms Maxwell,

The Custodian of Record of the Laboratory Section has forwarded your request for gun shot residue reports for response. The Custodian of Records of the Laboratory Section has forwarded the attached reports for release.

Because neither I nor any employee of Legal Affairs are the Custodian of Records of the records you requested, I have no personal knowledge of the existence of any documents with the exception of those forwarded to Legal Affairs. Please refer to Tracking Number # **MPIA 10 102** in any subsequent correspondence in this matter.

　　　　　　Sincerely,

　　　　　　Wayne Brooks
　　　　　　Assistant to Legal Affairs
　　　　　　Baltimore Police Department
　　　　　　410 396 2496

Printed on recycled paper with environmentally friendly soy based ink.

NUV-19-2010 14:37 From:                    2003524744                    To:4106591602                    P.2/2



GEORGETOWN UNIVERSITY LAW CENTER

*Wrongful Conviction Project*

Wallace J. Mlyniec
Professor of Law

Shawn Ambrust
Executive Director
Mid Atlantic
Innocence Project

Baltimore Police Department
Attention: Joe Harrant
Fax: (410) 659-1602

19 November 2010

**Re: Follow-up to Maryland Public Information Act Request - Tracking No. MPIA 10102; BPD Complaint No. (94) 5J-04284**

Dear Mr. Harrant:

We are law students working under the supervision of an attorney and have been assigned to the case of Mr. Sabien Burgess through the Wrongful Convictions Project at Georgetown Law.

Previous students of the program made a MPIA request for all records contained in the Baltimore City Police Department related to the death of Michelle Dyson, date October 5, 1994 on behalf of Mr. Burgess, a person of interest as defined by Maryland Public Information Act. The lead homicide detective on the case was Gerald Goldstein and the Baltimore City Crime Lab analyst who testified at trial was Daniel Van Gelder. The BPD Complaint number is (94) 5J-04284.

In response to the request, we received a number of documents, but certain items were not included. In follow-up to the response, I spoke to Mr. Wayne Brooks, Assistant to Legal Affairs at the BPD and corresponded with the Laboratory Section of the Baltimore Police Department and have now been directed to you.

The document we are requesting is a gun shot residue report from analysis on Mr. Burgess' hands - we are in receipt of a Gun-shot Residue report related to analysis conducted for the presence of GSR on Mr. Burgess' clothing. There is a second report, related to analysis conducted for the presence of GSR on Mr. Burgess' hands, which was not included. We know this document to exist because it was introduced at Mr. Burgess' trial. We believe the report number that corresponds to this report is 94-38983.

We would greatly appreciate your assistance in providing us with these items. Thank you for your time and we look forward to hearing from you.

Yours truly,

Rita Maxwell, law student
Encl.
cc: Casey Slevin, Alexander Berg, Danielle Schiffman - law students

111 F Street NW   Washington DC 20001 4596
202 662-9590   FAX 202 662-9444
e-mail prolaw@law.georgetown.edu

Burgess 003338