# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB-15-0834 |
| BALTIMORE POLICE DEPARTMENT *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION *IN LIMINE* NO. 21 TO BAR ANY APPEAL TO JURORS' INTERESTS AS TAXPAYERS OR ANY OTHER APPEAL TO THEIR PECUNIARY INTERESTS

Now comes Plaintiff, Sabein Burgess, by and through his counsel, Loevy & Loevy, and respectfully moves this Court for an order barring any reference to jurors' pecuniary interests or interests as taxpayers. In support thereof, Plaintiff states as follows:

The Fourth Circuit has long held that arguments that play on jurors' pecuniary interests or appeal to their interests as taxpayers are unquestionably unacceptable. *United States v. Blecker*, 657 F.2d 629, 636 (4th Cir. 1981) ("We recognize that appeals to the pecuniary interests of jurors are patently improper."). Defendants should be barred from suggesting to jurors or questioning any witness in any manner that suggests that the jury should consider its pecuniary interests in deciding the case or the effect of a verdict on them as taxpayers.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court for an order barring any reference to jurors' pecuniary interests.

RESPECTFULLY SUBMITTED,

**SABEIN BURGESS**
/s/ Jon Loevy
Jon Loevy

Jon Loevy, admitted *pro hac vice*
jon@loevy.com
Gayle Horn, Bar No. 7182
gayle@loevy.com
Steven Art, admitted *pro hac vice*
steve@loevy.com
Theresa Kleinhaus, admitted *pro hac vice*
tess@loevy.com
Anthony Balkissoon, admitted *pro hac vice*
tony@loevy.com

LOEVY & LOEVY
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900 (tel.)
(312) 243-5902 (fax)
*Attorneys for Plaintiff Sabein Burgess*

# CERTIFICATE OF SERVICE

      I, Jon Loevy, an attorney, hereby certify that on October 20, 2017, I filed the foregoing motion using the Court's CM/ECF system, which effected service on all counsel of record.

      RESPECTFULLY SUBMITTED,
/s/ Jon Loevy
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (tel.)
(312) 243-5902 (fax)
*One of Plaintiff's Attorneys*