IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB-15-0834 |
| BALTIMORE POLICE DEPARTMENT *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION *IN LIMINE* NO. 24
TO BAR DEFENDANTS' "GOOD CHARACTER" EVIDENCE**

Now comes Plaintiff, Sabein Burgess, by and through his counsel, Loevy & Loevy, and respectfully moves this Court to bar Defendants' commendations, awards, complimentary history, promotions, or performance reviews. In support thereof, Plaintiff states as follows:

Defendants may seek to introduce evidence of their "good character" by reference to prior work-related commendations, awards, complimentary history, promotions, or performance reviews. Plaintiff objects to any attempt to interject good character evidence into the trial. Rule 404(a) could not be clearer that "[e]vidence of a person's character or a trait of character is not admissible for the purpose of proving action in conformity therewith on a particular occasion." Fed. R. Evid. 404(a). Evidence of commendations, awards, and the like are cannot possibly be relevant to an issue in this trial other than to suggest that Defendants conducted themselves as model officers. *See, e.g., Zephrine v. Prince George's County*, No. AW–02–1796, 2007 WL

5445450 at *1 (D. Md. Feb. 1, 2007) (police award was improper "good character" evidence under Rule 404). The evidence is irrelevant for that purpose *per se*.

WHEREFORE, Plaintiff respectfully moves this Court for an order barring references to Defendants' commendations, awards, complimentary history, promotions, or performance reviews.

RESPECTFULLY SUBMITTED,

**SABEIN BURGESS**

/s/ Jon Loevy
Jon Loevy

Jon Loevy, admitted *pro hac vice*
jon@loevy.com
Gayle Horn, Bar No. 7182
gayle@loevy.com
Steven Art, admitted *pro hac vice*
steve@loevy.com
Theresa Kleinhaus, admitted *pro hac vice*
tess@loevy.com
Anthony Balkissoon, admitted *pro hac vice*
tony@loevy.com
LOEVY & LOEVY
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900 (tel.)
(312) 243-5902 (fax)
*Attorneys for Plaintiff Sabein Burgess*

## **CERTIFICATE OF SERVICE**

      I, Jon Loevy, an attorney, hereby certify that on October 20, 2017, I filed the foregoing motion using the Court's CM/ECF system, which effected service on all counsel of record.

      RESPECTFULLY SUBMITTED,
/s/ Jon Loevy
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (tel.)
(312) 243-5902 (fax)
*One of Plaintiff's Attorneys*