IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SABEIN BURGESS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.: RDB–15–0834 |
| | ) | |
| **OFFICERS of the BALTIMORE POLICE DEPARTMENT,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT FORM**

1

We, the jury, find as follows on the claims of the plaintiff, Sabein Burgess, against the defendant Gerald Goldstein:

1. **First claim – Counts I and X -- Failure to Disclose Exculpatory Evidence (check one line):**

   <u>For plaintiff</u>     <u>For defendant</u>

   ___✓___           _____

2. **Second claim – Counts I and X -- Fabrication of Evidence (check one line):**

   <u>For plaintiff</u>     <u>For defendant</u>

   ___✓___           _____

3. **Third claim – Count II -- Malicious Prosecution (check one line):**

   <u>For plaintiff</u>     <u>For defendant</u>

   ___✓___           _____

4. **Fourth claim – Count VIII -- Intentional Infliction of Emotional Distress (check one line):**

   <u>For plaintiff</u>     <u>For defendant</u>

   ___✓___           _____

## COMPENSATORY DAMAGES
(if you have found in favor of the plaintiff on one or more of his claims)

We, the jury, award the plaintiff, Sabein Burgess, compensatory damages in the amount of $ _$15 million_____.

**Please sign and date the form below:**

Presiding juror _____

All jurors: **SIGNATURE REDACTED**

Date: __November 21_____, 2017

3