IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABEIN BURGESS
      Plaintiff

v.

Officers of the Baltimore Police Department
      Defendant

Case No. RDB-15-834

\*\*\*\*\*\*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiff, Sabein Burgess, against the Defendant, Gerald Goldstein it is this __21st__ day of __November__, 20__17__,

**ORDERED,**

1. Judgment is entered in favor of the Plaintiff, Sabein Burgess, against the Defendant, Gerald Goldstein, in the amount of $15,000,000.00; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a Final Judgment within the meaning of Fed. R. Civ. P. 58.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)