IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SABEIN BURGESS,<br>Plaintiff, | \* |
| | \*    Civil Case No. RDB-15-00834 |
| v. | |
| | \*    Hon. Richard D. Bennett, District Judge |
| BALTIMORE POLICE<br>DEPARTMENT, et al.,<br>Defendants. | \*    JURY TRIAL DEMANDED |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendant's Renewed Motion Under Rule 50 and Motion for a New Trial under Rule 59, on this **2nd** day of January, 2018, it is hereby ordered that the Plaintiff's Motion is GRANTED IN PART. Specifically, Plaintiff's Responses to Defendant's post-trial motions (ECF Nos. 374, 376) must be submitted by **January 26, 2018**. Pursuant to Local Rule 105.2(a), the deadline for Defendant's Reply briefs is **February 9, 2018**.

_____
Honorable Judge Richard D. Bennett
United States District Court
For the District of Maryland