IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABEIN BURGESS,        *

    Plaintiff        *

v.        *      Civil Action No.: RDB-15-00834

BALTIMORE POLICE DEPARTMENT,        *
*et al.*,
       *

    Defendants.
       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**EXHIBIT INDEX TO
CONSOLIDATED REPLY MEMORANDUM OF DEFENDANT GERALD ALAN
GOLDSTEIN IN SUPPORT OF MOTIONS UNDER RULE 50 AND RULE 59**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | 11/14/17 AM Tr. at 36:23-38:20, 38:25 - 39:6, 39:4-25 |
| B | 11/14/17 PM Tr. at 38:25-39:6, 40:21 - 41:10 |
| C | 11/16/17 Tr. at 155:17-21, 156:19-22, 195:2 - 196:21, 196 - 198, 201 - 205, 206:22 - 207:17, 212:6-7, 237:16-20, 262 |
| D | Defendant's Ex. 99 at 3794 - 3795 |
| E | Joint Ex. 500 |
| F | Defendant's Ex. 101 at 4616 - 4620 |
| G | Joint Ex. 503 |
| H | 11/17/17 Tr. at 22:8-16, 24:9-16, 36:7 - 37:11, 231:25 - 232:4, 233:6-23 |
| I | 11/15/17 Tr. at 26:12 - 27:10, 205:4 - 206:12, 227:25 - 228:2, 231:24 - 232:8, 232:9-10, 247:8-11, 249:18-25, 250:1-11, 250:15-24, 251:20-22, 278:5-21 |
| J | Joint Ex. 504 |
| K | 11/6/17 Tr. at 84:10, 139:11-20, 166 - 185, 184:14-17, 184:14 - 185:18, 216:22 - 217:20, 224:18 - 231:14, 253:19 - 254:4, 263:12 - 270:3 |

|   |   |
|---|---|
| L | Plaintiff's Ex. 10 at 2674 |
| M | 11/13/17 AM Tr. at 24 - 27, 28:1 - 29:16, 47:15-18, 50:2-8, 115:15 - 117:25, 123:17-21, 134:25 - 143:25 |
| N | 11/8/17 Tr. at 19:9-13, 28:4-5, 38 - 40, 134:9-14, 291:19 - 292:5 |
| O | 11/9/17 Tr. at 63:4 - 64:1, 63:13 - 71:7, 71:3-7, 224 - 254, 225:17 - 226:9, 227:19 - 229:10, 237:19 - 238:2 |
| P | 11/20/17 Tr. at 17:13-16, 227:24 - 228:11, 321:4 - 322:18, 370:20 - 371:9 |
| Q | Plaintiff's Ex. 376 at 4616 - 20 |
| R | 11/21/17 Tr. at 9:5-23, 10:16 - 13:5, 38:20 - 39:8, 43:11 - 44:6, 48 - 50 |
| S | Defendant's Ex. 103 at 5065 - 5151 |
| T | Ritz Depo. at 43:4-6, 124:13 - 125:13, 211:13-16, 248:8 - 249:1 |