**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 MAY 3 APR IL: 48
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

May 3, 2018

### LETTER ORDER

To Counsel of Record:   **_Burgess v. Baltimore Police Department, et al._**
Civil Action No. RDB-15-0834

Dear Counsel:

This letter confirms the results of yesterday's telephonic hearing regarding the parties' correspondence as to the Judgment against Mr. Goldstein and the stayed _Monell_ claim.[1] (_See_ ECF Nos. 418-23.)  At the conclusion of the hearing, this Court ruled that:

1. The parties have until next **Wednesday, May 9, 2018** to submit a Joint Motion for Certification under Rule 54(b), including a Joint Proposed Order that would certify the Judgment against Mr. Goldstein as a "final judgment" for the purposes of Rule 54(b); and

2. In the absence of a timely joint submission, this Court will not otherwise exercise its discretion to issue a certification under Rule 54(b).

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_Richard D. Bennett_
Richard D. Bennett
United States District Judge

---

[1] In _Monell v. New York City Dep't of Soc. Servs._, 436 U.S. 658, 692-94 (1978) the United States Supreme Court held that a municipality may be liable under 42 U.S.C. § 1983 for constitutional injuries caused by official policy. On March 23, 2016, this Court bifurcated and stayed Mr. Burgess' claim under _Monell_ that certain alleged policies and practices of the Baltimore Police Department caused the violations of his constitutional rights. (ECF No. 68.)