# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

April 9, 2019

## LETTER ORDER

TO COUNSEL OF RECORD

    RE:   *Burgess v. Baltimore Police Department*  
            Civil No. RDB-15-0834

Dear Counsel:

This will confirm the telephone conference of today with respect to the pendency of Count V, and the Motion to Dismiss that Count by the Defendant Baltimore Police Department (ECF#427).  Counsel for the Plaintiff shall file a Response to the Motion to Dismiss by **April 29, 2019**.  The Defendant Baltimore Police Department has indicated that it will not file a Reply.  The Court will make every effort to rule upon the pending motion by **May 31, 2019**.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                Sincerely,

                                  /s/

                                Richard D. Bennett  
                                United States District Judge

RDB/klf