IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | * | |
| Plaintiff, | * | |
| | | Civil Action No. RDB-15-0834 |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 31st day of May, 2019 that:

1. Defendant's Motion to Dismiss Remaining *Monell* Claim (ECF No. 427) is GRANTED;

2. Count V of the Amended Complaint (ECF No. 141) is DISMISSED WITH PREJUDICE;

3. The Clerk of this Court shall CLOSE this case; and

4. A copy of this Memorandum Opinion and Order shall be sent to counsel of record.

_____
Richard D. Bennett
United States District Judge