IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABEIN BURGESS, | ) | |
| | ) | Case No. 1:15-cv-00834-RDB |
| *Plaintiff,* | ) | |
| | ) | Hon. Richard D. Bennett, |
| v. | ) | District Judge |
| | ) | |
| BALTIMORE POLICE | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff, Sabein Burgess, by his attorneys, respectfully requests a brief extension of time, up to and including June 25, 2021, to file his petition for attorneys' fees and costs pursuant to 42 U.S.C. § 1988, stating as follows:

1. On July 2, 2019, following the entry of judgment in this matter, Plaintiff filed a Motion to Set A Schedule to Adjudicate Section 1988 Attorneys' Fees. ECF No. 444. Defendants opposed, and in the alternative they asked the Court to stay adjudication of attorneys' fees while the appeal of this matter was pending. See ECF No. 447.

2. On July 22, 2019, this Court held that it would follow the custom of waiting to rule on fee petitions until the appeal was resolved by the Fourth Circuit. ECF No. 447. The Court stayed all deadlines concerning costs and fees pending the outcome of the appeal. *Id.*

3. On May 14, 2021, the Fourth Circuit affirmed this Court's resolution of the case in all respects, except that it reversed dismissal of the *Monell* claims. *Burgess v. BPD, et al.*, No. 19-1600, ECF No. 88 (4th Cir. May 14, 2021); *see also* ECF No. 449. The case has been remanded to this Court for further proceedings. *Id.*

4. Pursuant to this Court's stay ruling and the Local Rules, Plaintiff's petition for fees and costs is currently due on May 28, 2021, which is 14 days after the Fourth Circuit's decision.

5. Plaintiff is working to assemble his petition for fees and costs, but he requires a brief extension of time to do so. Plaintiff respectfully requests time up to and including June 25, 2021, to file his petition under 42 U.S.C. § 1988.

6. Plaintiff has discussed this schedule with Defendants, who have no objection to Plaintiff's request.

WHEREFORE, Plaintiff Sabein Burgess respectfully requests a brief extension of time, up to and including June 25, 2021, to file his petition for attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

                RESPECTFULLY SUBMITTED,

                /s/ Steve Art

                Jon Loevy, admitted *pro hac vice*
                Gayle Horn, Bar No. 7182
                Steve Art, admitted *pro hac vice*
                Theresa Kleinhaus, admitted *pro hac vice*
                LOEVY & LOEVY
                311 North Aberdeen Street
                Chicago, Illinois 60607
                (312) 243-5900

                *Attorneys for Plaintiff Sabein Burgess*

## **CERTIFICATE OF SERVICE**

I, Steve Art, an attorney, hereby certify that on May 27, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effected service on all counsel of record.

RESPECTFULLY SUBMITTED,


/s/ Steve Art

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (tel.)
(312) 243-5902 (fax)

*One of Plaintiff's Attorneys*